UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KHALID OURARY KASSEM,
FIFY OURARY KASSEM,
MOURA OURARY KASSEM,
ATAIAT OURARY KASSEM,
EL SAYAD OURARY KASSEM,

JUDGMENT
05-CV- 4977 (ERK)

Plaintiffs,

-against-

MARY ANN GANTNER, District Director,
United States Citizenship and
Immigration Services,

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ MAY 9 2006 ★

BROOKLYN OFFICE

Defendant.
-----------------------------------------------------------------X

An Order of Honorable Edward R. Korman, United States District Judge, having been filed on March 31, 2006, dismissing the action with prejudice, with each party to bear its own costs, expenses and attorney's fees; it is

ORDERED and ADJUDGED that plaintiffs take nothing of the defendant; that the action is dismissed with prejudice, with each party to bear its own costs, expenses and attorney's fees.

Dated: Brooklyn, New York
       May 04, 2006

s/Robert C. Heinemann

ROBERT C. HEINEMANN
Clerk of Court